[No. 20042-9-I. Division One. February 1, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. ALFRED R. PARKER, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 86-1-00063-6, Daniel T. Kershner, J., entered February 27, 1986. *Dismissed* by unpublished per curiam opinion.

[No. 20034-8-I. Division One. February 1, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JEFFREY JOE GORMLEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86-1-02878-8, John W. Riley, J., entered February 24, 1987. *Dismissed* by unpublished per curiam opinion.

[No. 19390-2-I. Division One. February 1, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. CHAD E. RHOADS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86-1-01461-2, Frank H. Roberts, Jr., J., entered October 24, 1986. *Dismissed* by unpublished per curiam opinion.